Stacy L. Douglas (State Bar No. 199287)
sdouglas@wshblaw.com
Shannon M. Benbow (State Bar No. 229224)
sbenbow@wshblaw.com
Danielle L. Pittsenbarger (State Bar No. 291782)
dpittsenbarger@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax 310-481-7650

Attorneys for Defendants. ADVANCED CRITICAL CARE-LOS ANGELES, INC., RICHARD MILLS, D.V.M., and AMY GRAHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA L. HANDS,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED CRITICAL CARE-LOS ANGELES, INC.; and RICHARD MILLS, D.V.M.; RACHELLE SURRENCY; AMY GRAHAM, as corporate employees of ADVANCED CRITICAL CARE-LOS ANGELES, INC. and individually,<br><br>Defendants. | Case No. 2:14-cv-06514-ODW (CWx)<br><br>**DEFENDANTS, ADVANCED CRITICAL CARE-LOS ANGELES, INC.'S, RICHARD MILLS, D.V.M.'S, AND AMY GRAHAM'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:   10/27/14<br>Time:   1:30 p.m.<br>Crtrm.: 11<br><br>The Hon. Otis D. Wright, II<br><br>Trial Date: None Set |

TO THE COURT AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 27, 2014, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 11 the above entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, defendants ADVANCED CRITICAL CARE-LOS ANGELES, INC., RICHARD MILLS,

1 D.V.M., and AMY GRAHAM (hereinafter "moving defendants") will and hereby
2 do move this Court for an Order dismissing plaintiff, TERRA L. HANDS'
3 Complaint in its entirety for failure to state a claim against moving defendants
4 pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure.

5     This Motion is made on the grounds that plaintiff has insufficiently pled a
6 cause of action against moving defendants for which relief can be granted.

7     This Motion is based upon this Notice, the records, pleadings and files herein,
8 the Memorandum of Points and Authorities, matters of which this Court may take
9 judicial notice, and on such oral or documentary evidence as may be presented at the
10 hearing of this Motion.

11     This Motion is made following attempts by counsel for moving defendants to
12 engage in a conference of counsel pursuant to Local Rule 7-3 by telephone on
13 September 15, 2014, by correspondence from counsel for moving defendants to
14 counsel for plaintiff on September 16, 2014, by correspondence from plaintiff's
15 counsel to moving defendants' counsel dated September 17, 2014, and by
16 correspondence from moving defendants' counsel to plaintiff's counsel dated
17 September 18, 2014.

19 DATED: September 22, 2014     WOOD, SMITH, HENNING & BERMAN LLP

By: _____
STACY L. DOUGLAS
SHANNON M. BENBOW
DANIELLE L. PITTSENBARGER
Attorneys for Defendants. ADVANCED
CRITICAL CARE-LOS ANGELES, INC.,
RICHARD MILLS, D.V.M., and AMY
GRAHAM

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203.

On September 22, 2014, I served the following document(s) described as **DEFENDANTS, ADVANCED CRITICAL CARE-LOS ANGELES, INC.'S, RICHARD MILLS, D.V.M.'S, AND AMY GRAHAM'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 22, 2014, at Glendale, California.



Sandra Eklund

LEGAL:06143-0272/3658925.1    -1-    Case No. 2:14-cv-06514-ODW (CWx)
DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

**SERVICE LIST**
**Hands v. Advanced Critical Care-Los Angeles, Inc.**
**2:14-cv-06514-ODW (CWx)**

Kathleen A. Kenne, Esq.
Law Office of Kathleen A. Kenne
2720 Neilson Way, #5141
Santa Monica, California 90409-5141
Tel: 424.204.6194 / Fax: 310.452.7067
**Attorneys for Plaintiff, TERRA HANDS**