# United States District Court
# Central District of California

| | |
|---|---|
| TERRA L. HANDS,<br><br>        Plaintiff,<br><br>      v.<br><br>ADVANCED CRITICAL CARE-LOS ANGELES, INC.; and RICHARD MILLS, D.V.M.; and AMY GRAHAM, as corporate employees, and individually,<br><br>        Defendants. | Case No. 2:14-cv-06514-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

    In light of the Notice of Settlement (ECF No. 48), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **September 17, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

    August 18, 2015

                                                                      _____<br>
                                                                        **OTIS D. WRIGHT, II**<br>
                                                                 **UNITED STATES DISTRICT JUDGE**