JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| TERRA L HANDS, | Case No. 2:14-cv-06514-ODW (CWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| ADVANCED CRITICAL CARE-LOS ANGELES, INC.; RICHARD MILLS; RACHELLE SURRENCY; and AMY GRAHAM, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal filed by the parties (ECF No. 52), the Court hereby **ORDERS** as follows:

1.    This action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

September 15, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**